08-12047:3.0:Application for Installment Agreement:Main Document Entered: 5/12/2008 5:09:37 PM by:Jeffrey Benson Page 1 of 2

B3A (Official Form 3A) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re    Freddie Meeks, Jr. _____

Debtor(s)

Case No.  _08B 12047_

Chapter  _7_

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **299.00** in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

$ _____74.75_ Check one   ☐ With the filing of the petition, or
                            ■ On or before   **6/10/08** _____

$ _____74.75_ on or before        **7/10/08** _____

$ _____74.75_ on or before        **8/10/08** _____

$ _____74.75_ on or before        **9/10/08** _____

\*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **May 12, 2008**  _____

/s/ **Jeffrey L. Benson**
_____
Attorney for Debtor(s)
Jeffrey L. Benson 6203738
Law Offices of Jeffrey L. Benson
3337 W. 95th Street
Ste. # 2
Evergreen Park, IL 60805
312-607-0048
Fax: 708-499-1940
jeffrey-benson@sbcglobal.net

Signature   /s/ **Freddie Meeks, Jr.** _____
            **Freddie Meeks, Jr.**
            Debtor

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 1 3 2008

KENNETH S. GARDNER, CLERK
TEAM - D

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy